UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for US Bank National Association, not in its inidivdual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1

In Re:

Enrico Bencivenga aka Harry Bencivenga

       Debtor

Case No: 17-14487 SLM

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF APPEARANCE

  Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of US Bank National Association, not in its inidivdual capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

5 Rose Trail Andover, NJ 07821

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:08/31/2017

            **/s/ Denise Carlon, Esquire**
            Denise Carlon, Esquire
            Brian C. Nicholas, Esquire
            **KML Law Group, P.C.**
            216 Haddon Avenue, Ste. 406
            Westmont, NJ 08108
            (609) 250-0700 (NJ)
            (215) 627-1322 (PA)
            FAX: (609) 385-2214
            Attorney for Movant/Applicant

*new 8/1/15*