| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>790329<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST |

| In Re: | Case No: 17-14487 - SLM |
|---|---|
| ENRICO G. BENCIVENGA, JR A/K/A ENRICO BENCIVENGA A/K/A HARRY BENCIVENGA | Hearing Date: 09/27/2017 |
| | Judge: Stacey L. Meisel |
| | Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On September 18, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  September 18, 2017            /s/ *Brandon Johnson*
                                          Brandon Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ENRICO BENCIVENGA<br>1 SMITH AND RAILROAD AVENUE,<br>A/K/A 17 RAILROAD AVENUE,<br>ANDOVER, NJ 07821 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| STEPHEN B. MCNALLY, Esquire<br>93 MAIN STREET SUITE 201<br>NEWTON, NJ 07860 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| MARIE-ANN GREENBERG, Trustee<br>30 TWO BRIDGES ROAD, SUITE 330<br>FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.