STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 17-14487

Re:   ENRICO BENCIVENGA             Atty:   STEPHEN B. MCNALLY
      124 OVERLOOK ROAD                     MCNALLY & BUSCHE, L.L.C.
      NEWTON,  NJ  07860                    93 MAIN STREET
                                            SUITE 201
                                            NEWTON, NJ  07860

## RECEIPTS AS OF 12/31/2017 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/29/2017 | $850.00 | 3833176000 - | 05/01/2017 | $850.00 | 3917903000 - |
| 05/30/2017 | $850.00 | 3995738000 - | 06/29/2017 | $850.00 | 4080414000 - |
| 07/27/2017 | $850.00 | 4154703000 - | 08/29/2017 | $850.00 | 4241041000 - |
| 09/26/2017 | $850.00 | 4311065000 - | 10/30/2017 | $850.00 | 4397459000 - |
| 11/27/2017 | $850.00 | 4469227000 - | | | |

**Total Receipts: $7,650.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,650.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017 (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 468.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CHASE HOME FINANCE | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | IVY REHAB NETWORK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 105,726.13 | 100.00% | 0.00 | 0.00 |
| 0005 | OCWEN LOAN SERVICING, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,413.04 | 100.00% | 0.00 | 0.00 |
| 0011 | US BANK TRUST NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $468.35**
See Summary

**Chapter 13 Case # 17-14487**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $7,650.00  -  Paid to Claims: $0.00  -  Admin Costs Paid: $468.35  =  Funds on Hand: $8,031.65

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.