UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

McNALLY & ASSOCIATES, L.L.C.
STEPHEN B. McNALLY - (SM-5335)
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Enrico Bencivenga

**Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

ENRICO BENCEVENGA,

Debtor.

Case No.: 17-14487 SLM

Hearing Date: 6/6/18

Judge: Meisel

**ORDER ~~APPROVING~~ AUTHORIZING DEBTOR'S ENTRANCE INTO MORTGAGE
MODIFICATION AGREEMENT WITH CALIBER HOME LOANS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 26, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been opened to the Court by Enrico Bencivenga, debtor in the above-captioned title 11 case (the "Debtor"), by and through his attorneys, McNally & Associates, L.L.C., upon the filing of the Debtor's Motion For Order Approving Mortgage Modification Agreement with Caliber Home Loans, Inc. (the "Motion"); and the Motion having been served upon all creditors and parties-in-interest requiring notice herein; and upon consideration of the Certification of Enrico Bencivenga in Support of Motion For Order Approving Mortgage Modification Agreement with Caliber Home Loans; ~~and it having been determined after hearing on notice that the requirements for the proposed Mortgage Modification Agreement under Section 363(b) of the Bankruptcy Code have been met;~~

**IT IS**,

**ORDERED** that ~~in accordance with 11 U.S.C. §363(b),~~ the Debtor ~~be, and hereby are,~~ is authorized to execute and enter into the final modification agreement with Caliber Home Loans, the terms of which are set forth in the Trial Period Plan Notice dated as of May 1, 2018 attached to the Certification of the Debtor, Enrico Bencivenga with this motion, related to the mortgage loan for the Debtor's primary residence located at 124 Overlook Road, Newton, New Jersey 07860.