UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McNALLY & ASSOCIATES, L.L.C.
STEPHEN B. McNALLY - (SM-5335)
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Enrico Bencivenga

**Order Filed on June 26, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

ENRICO BENCEVENGA,

Debtor.

Case No.: 17-14487 SLM

Hearing Date: 6/6/18

Judge: Meisel

**ORDER ~~APPROVING~~ AUTHORIZING DEBTOR'S ENTRANCE INTO MORTGAGE
MODIFICATION AGREEMENT WITH CALIBER HOME LOANS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 26, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

  **THIS MATTER** having been opened to the Court by Enrico Bencivenga, debtor in the above-captioned title 11 case (the "Debtor"), by and through his attorneys, McNally & Associates, L.L.C., upon the filing of the Debtor's Motion For Order Approving Mortgage Modification Agreement with Caliber Home Loans, Inc. (the "Motion"); and the Motion having been served upon all creditors and parties-in-interest requiring notice herein; and upon consideration of the Certification of Enrico Bencivenga in Support of Motion For Order Approving Mortgage Modification Agreement with Caliber Home Loans; ~~and it having been determined after hearing on notice that the requirements for the proposed Mortgage Modification Agreement under Section 363(b) of the Bankruptcy Code have been met;~~

  **IT IS**,

  **ORDERED** that ~~in accordance with 11 U.S.C. §363(b),~~ the Debtor ~~be, and hereby are,~~ is authorized to execute and enter into the final modification agreement with Caliber Home Loans, the terms of which are set forth in the Trial Period Plan Notice dated as of May 1, 2018 attached to the Certification of the Debtor, Enrico Bencivenga with this motion, related to the mortgage loan for the Debtor's primary residence located at 124 Overlook Road, Newton, New Jersey 07860.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-14487-SLM
Enrico Bencivenga                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1             Date Rcvd: Jun 26, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db            +Enrico Bencivenga,    124 Overlook Road,    Newton, NJ 07860-9772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Charles G. Wohlrab    on behalf of Creditor    CONV: U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE OF
               OWS REMIC TRUST 2015-1 cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, not in its inidivdual
               capacity but solely as Trustee on behalf of OWS REMIC Trust 2015-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              Stephen B. McNally    on behalf of Debtor Enrico Bencivenga steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 12