| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>ENRICO BENCIVENGA | Case No.: 17-14487<br><br>Adv. No.:<br><br>Hearing Date: 02/27/2019<br><br>Judge: SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am  for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the  above captioned matter.

2. On, 01/11/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ENRICO BENCIVENGA
124 OVERLOOK ROAD
NEWTON, NJ  07860
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860
Mode of Service:  Regular Mail

Dated:  January 11, 2019

By:  /S/  Jessica Antoine
Jessica Antoine