STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ 07860

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 17-14487

Re:   ENRICO BENCIVENGA                               Atty:  STEPHEN B. MCNALLY
      124 OVERLOOK ROAD                                      MCNALLY & BUSCHE, L.L.C.
      NEWTON, NJ 07860                                       93 MAIN STREET
                                                             SUITE 201
                                                             NEWTON, NJ 07860

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/29/2017 | $850.00 | 3833176000 - | 05/01/2017 | $850.00 | 3917903000 - |
| 05/30/2017 | $850.00 | 3995738000 - | 06/29/2017 | $850.00 | 4080414000 - |
| 07/27/2017 | $850.00 | 4154703000 - | 08/29/2017 | $850.00 | 4241041000 - |
| 09/26/2017 | $850.00 | 4311065000 - | 10/30/2017 | $850.00 | 4397459000 - |
| 11/27/2017 | $850.00 | 4469227000 - | 01/01/2018 | $850.00 | 4555301000 - |
| 01/29/2018 | $850.00 | 4627230000 - | 02/28/2018 | $850.00 | 4707465000 - |
| 03/30/2018 | $1,064.00 | 4791006000 | 05/01/2018 | $1,064.00 | 4875418000 |
| 05/30/2018 | $1,064.00 | 4949780000 | 07/02/2018 | $1,064.00 | 5041412000 |
| 07/31/2018 | $1,064.00 | 5112213000 | 09/04/2018 | $1,064.00 | 5204472000 |
| 10/12/2018 | $1,064.00 | 5308060000 | 11/26/2018 | $1,064.00 | 5416651000 |

**Total Receipts: $18,712.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $18,712.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/19/2018 | $203.60 | 797,834 | 04/16/2018 | $23.84 | 799,696 |
| | 05/14/2018 | $29.84 | 801,579 | 06/18/2018 | $30.00 | 803,463 |
| | 07/16/2018 | $30.00 | 805,472 | 08/20/2018 | $30.00 | 807,329 |
| | 09/17/2018 | $30.00 | 809,320 | 10/22/2018 | $30.76 | 811,205 |
| | 11/19/2018 | $29.90 | 813,166 | | | |
| SELENE FINANCE LP | | | | | | |
| | 03/19/2018 | $6,627.90 | 798,928 | 04/16/2018 | $776.01 | 800,784 |
| | 05/14/2018 | $971.38 | 802,702 | 06/18/2018 | $976.54 | 804,651 |
| | 07/16/2018 | $976.54 | 806,592 | 08/20/2018 | $976.54 | 808,539 |
| | 09/17/2018 | $976.54 | 810,472 | 10/22/2018 | $1,001.32 | 812,427 |
| | 11/19/2018 | $973.45 | 814,337 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,075.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |

Chapter 13 Case # 17-14487

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CHASE HOME FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | IVY REHAB NETWORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELENE FINANCE LP | MTG PARTIAL CR | 46,000.00 | 100.00% | 15,229.67 | 30,770.33 |
| 0005 | OCWEN LOAN SERVICING, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,413.04 | 100.00% | 467.84 | 945.20 |
| 0011 | US BANK TRUST NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELENE FINANCE LP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Total Paid: **$18,772.65**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $18,712.00    -    Paid to Claims: $15,697.51    -    Admin Costs Paid: $3,075.14    =    Funds on Hand: $1,003.35

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.