| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ENRICO BENCIVENGA | Case No.:  17-14487<br>Adv. No.:<br>Hearing Date:<br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/23/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ENRICO BENCIVENGA
124 OVERLOOK ROAD
NEWTON, NJ  07860
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 23, 2019

By: /S/ Jessica Antoine
Jessica Antoine