STEPHEN B. MCNALLY
MCNALLY & BUSCHE, L.L.C.
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

Re:  ENRICO BENCIVENGA
    124 OVERLOOK ROAD
    NEWTON,  NJ  07860

Atty:  STEPHEN B. MCNALLY
      MCNALLY & BUSCHE, L.L.C.
      93 MAIN STREET
      SUITE 201
      NEWTON, NJ  07860

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 17-14487

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/29/2017 | $850.00 | 3833176000 - | 05/01/2017 | $850.00 | 3917903000 - |
| 05/30/2017 | $850.00 | 3995738000 - | 06/29/2017 | $850.00 | 4080414000 - |
| 07/27/2017 | $850.00 | 4154703000 - | 08/29/2017 | $850.00 | 4241041000 - |
| 09/26/2017 | $850.00 | 4311065000 - | 10/30/2017 | $850.00 | 4397459000 - |
| 11/27/2017 | $850.00 | 4469227000 - | 01/01/2018 | $850.00 | 4555301000 - |
| 01/29/2018 | $850.00 | 4627230000 - | 02/28/2018 | $850.00 | 4707465000 - |
| 03/30/2018 | $1,064.00 | 4791006000 | 05/01/2018 | $1,064.00 | 4875418000 |
| 05/30/2018 | $1,064.00 | 4949780000 | 07/02/2018 | $1,064.00 | 5041412000 |
| 07/31/2018 | $1,064.00 | 5112213000 | 09/04/2018 | $1,064.00 | 5204472000 |
| 10/12/2018 | $1,064.00 | 5308060000 | 11/26/2018 | $1,064.00 | 5416651000 |
| 01/14/2019 | $1,064.00 | 5541081000 | 01/24/2019 | $1,064.00 | 5563754000 |
| 03/11/2019 | $1,064.00 | 5690307000 | 03/13/2019 | $1,064.00 | 5699308000 |
| 04/11/2019 | $1,064.00 | 5776166000 | 05/20/2019 | $1,064.00 | 5871299000 |
| 06/13/2019 | $1,064.00 | 5937032000 | 07/11/2019 | $1,064.00 | 6008359000 |
| 08/13/2019 | $1,064.00 | 6093109000 | 09/24/2019 | $1,064.00 | 6197763000 |
| 10/18/2019 | $1,064.00 | 6262455000 | 11/18/2019 | $1,064.00 | 6338528000 |
| 12/20/2019 | $1,064.00 | 6419225000 | 01/23/2020 | $1,064.00 | 6501838000 |
| 02/11/2020 | $1,064.00 | 6553886000 | 03/31/2020 | $1,064.00 | 6674309000 |
| 05/08/2020 | $1,064.00 | 6777162000 | 05/29/2020 | $1,064.00 | 6821841000 |
| 06/24/2020 | $1,064.00 | 6886762000 | 07/27/2020 | $1,064.00 | 6963986000 |
| 08/11/2020 | $1,064.05 | 7005461000 | 09/08/2020 | $1,064.00 | 7071320000 |
| 10/08/2020 | $1,064.00 | 7146641000 | 11/16/2020 | $1,064.00 | 7235802000 |
| 12/14/2020 | $1,064.00 | 7303360000 | 01/14/2021 | $1,064.00 | 7379057000 |

**Total Receipts: $46,376.05  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $46,376.05**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORTION | | | | | | |
| | 09/21/2020 | $58.67 | 855,809 | 10/19/2020 | $29.33 | 857,703 |
| | 11/16/2020 | $29.33 | 859,493 | 12/21/2020 | $29.33 | 861,296 |

**Chapter 13 Case # 17-14487**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 03/19/2018 | $203.60 | 797,834 | | 04/16/2018 | $23.84 | 799,696 |
| | 05/14/2018 | $29.84 | 801,579 | | 06/18/2018 | $30.00 | 803,463 |
| | 07/16/2018 | $30.00 | 805,472 | | 08/20/2018 | $30.00 | 807,329 |
| | 09/17/2018 | $30.00 | 809,320 | | 10/22/2018 | $30.76 | 811,205 |
| | 11/19/2018 | $29.90 | 813,166 | | 01/14/2019 | $29.90 | 816,972 |
| | 03/18/2019 | $59.80 | 820,794 | | 04/15/2019 | $59.80 | 822,840 |
| | 05/20/2019 | $29.90 | 824,807 | | 07/15/2019 | $60.88 | 828,738 |
| | 08/19/2019 | $30.44 | 830,614 | | 09/16/2019 | $30.44 | 832,692 |
| | 11/18/2019 | $1,995.41 | 836,774 | | 11/18/2019 | $61.30 | 836,774 |
| | 01/13/2020 | $978.61 | 840,600 | | 01/13/2020 | $30.06 | 840,600 |
| | 02/10/2020 | $978.61 | 842,475 | | 02/10/2020 | $30.06 | 842,475 |
| | 03/16/2020 | $1,957.22 | 844,347 | | 03/16/2020 | $60.12 | 844,347 |
| | 05/18/2020 | $978.61 | 848,264 | | 05/18/2020 | $30.06 | 848,264 |
| | 06/15/2020 | $929.06 | 849,953 | | 06/15/2020 | $28.54 | 849,953 |
| | 07/20/2020 | $929.06 | 851,699 | | 07/20/2020 | $28.54 | 851,699 |
| | 08/17/2020 | $954.87 | 853,587 | | 08/17/2020 | $29.33 | 853,587 |
| | 09/21/2020 | $1,909.78 | 855,354 | | 10/19/2020 | $954.87 | 857,272 |
| | 11/16/2020 | $954.87 | 859,075 | | 12/21/2020 | $954.87 | 860,836 |
| SELENE FINANCE LP | | | | | | | |
| | 03/19/2018 | $6,627.90 | 798,928 | | 04/16/2018 | $776.01 | 800,784 |
| | 05/14/2018 | $971.38 | 802,702 | | 06/18/2018 | $976.54 | 804,651 |
| | 07/16/2018 | $976.54 | 806,592 | | 08/20/2018 | $976.54 | 808,539 |
| | 09/17/2018 | $976.54 | 810,472 | | 10/22/2018 | $1,001.32 | 812,427 |
| | 11/19/2018 | $973.45 | 814,337 | | 01/14/2019 | $973.45 | 818,163 |
| | 03/18/2019 | $1,946.90 | 822,047 | | 04/15/2019 | $1,946.90 | 824,070 |
| | 05/20/2019 | $973.45 | 826,093 | | 07/15/2019 | $1,982.00 | 829,908 |
| | 08/19/2019 | $991.00 | 831,930 | | 09/16/2019 | $991.00 | 833,919 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,687.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CHASE HOME FINANCE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | IVY REHAB NETWORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | SELECT PORTFOLIO SERVICING INC | MTG PARTIAL CR | 46,000.00 | 100.00% | 38,536.76 | 7,463.24 |
| 0005 | OCWEN LOAN SERVICING, LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | FEDERAL HOME LOAN MORTGAGE CORP | MORTGAGE ARRE | 1,413.04 | 100.00% | 1,183.77 | 229.27 |
| 0011 | US BANK TRUST NA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $44,407.65**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $46,376.05    -    Paid to Claims: $39,720.53    -    Admin Costs Paid: $4,687.12    =    Funds on Hand: $1,968.40

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.